**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| TRACY JO RHINE,        )  | |
|        Petitioner,   ) | |
| vs.        ) | No. 3:13-CV-0014-D |
|        ) | |
| CHRISTINE WATKINS, et. al,   ) | |
|        Respondents.   ) | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct (except that the court concludes that the dismissal should be without prejudice). It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted (except that the court enters a dismissal without prejudice). The court hereby dismisses without prejudice as moot plaintiff's petition for habeas corpus.

If petitioner files a notice of appeal, she must pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis*.

SIGNED March 31, 2014.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE